**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

ADMIRAL INSURANCE COMPANY,

*Plaintiff*,

v.

EXCEL PETROLEUM, INC., *et al*.,

*Defendants*.

CIVIL ACTION
NO. 5:25-cv-02379-JLS

**O R D E R**

**AND NOW**, this 9th day of July, 2026, upon consideration of Plaintiff's motion for judgment on the pleadings, ECF No. 25, the memoranda relevant thereto, and after holding oral argument, it is hereby **ORDERED** that the motion is **GRANTED** pursuant to the accompanying memorandum as follows:

(1) **JUDGMENT** is **ENTERED** in favor of Plaintiff Admiral Insurance Company and against Defendant Excel Petroleum Inc.;

(2) Admiral's duty to defend Excel in the lawsuit captioned, *Darrien Antonio Vinson, Jr. v. Exxon, et al.*, pending in the Philadelphia Court of Common Pleas under docket number 230901591 is subject to the Policy's Coverage D which ends when Admiral exhausts the $25,000 Each Event sublimit of insurance, including by Admiral incurring expenses within the Policy's Supplementary Payments;

(3) The counts against Defendants 234-248 N. 63rd St. Philadelphia, LLC and Exxon Mobil Corporation are **DISMISSED AS MOOT**; and

(4) The Clerk of Court is **DIRECTED** to **MARK** this case closed.

**BY THE COURT:**

*/s/ Jeffery L. Schmehl*
**JEFFREY L. SCHMEHL, J.**